UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEVAR KING (#367502)

VERSUS

CARL J. SMITH, ET AL.

CIVIL ACTION

NO. 08-290-JJB-CN

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 25, 2011 (doc. no. 58) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Summary Judgment (doc. no. 54) is DENIED, and this matter is referred back for further proceedings.

Baton Rouge, Louisiana, this 3rd day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA